No. 1053. COLWELL LEAD COMPANY, PETITIONER, *v.* FRANCIS J. TORRANCE ET AL. May 29, 1911. Petition

for a writ of certiorari to the Circuit Court of the United States for the Eastern District of Pennsylvania denied. *Mr. A. Parker Smith* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Edwin P. Grosvenor* for the respondents.